**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **RANDALL DALE JAMES,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 3:17-CV-0514-D |
| § | |
| **NANCY A. BERRYHILL, ACTING,** § | |
| **COMMISSIONER OF THE SOCIAL** § | |
| **SECURITY ADMINISTRATION,** § | |
| § | |
| **Defendant.** § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted. The decision of the Commissioner is reversed, and this matter is remanded for further proceedings.

**SO ORDERED**.

November 27, 2017.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE